UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lucas C. Wynn,                                                                      Civil File No. 05-2212 (PAM/JJG)

                Plaintiff,

v.                                                                                                              **ORDER**

M. Connor et al.,

                Defendants.

---

This matter is before the Court on Plaintiff's Request for Extension of Time to File a Second Amended Complaint. Because Plaintiff is proceeding <u>pro se</u> and has limited access to resources to prepare his pleading, the Court grants the request. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Extension of Time to File a Second Amended Complaint (Docket No. 24) is **GRANTED**;

2. Plaintiff must file the Second Amended Complaint by June 1, 2006, or the Court will overrule his Objections and dismiss Defendants M. Connor, Joan Fabian, Warden Ferrise, and Correctional Medical Services from this action; and

3. This matter is recommitted to the Magistrate Judge to screen the Second Amended Complaint under 28 U.S.C. § 1915A.

Dated: May 1, 2006

                                                                                    s/ Paul A. Magnuson
                                                                                     Paul A. Magnuson
                                                                                     United States District Court Judge